# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**JERRY L. ZORNES (#419089)**

**VERSUS**

**BURL CAIN, ET AL.**

**CIVIL ACTION**

**NO. 17-204-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 20, 2018, to which no opposition was filed;

**IT IS ORDERED** that the plaintiff's claims against defendant Burl Cain are dismissed, without prejudice, for failure to timely serve this defendant in accordance with Federal Rule of Civil Procedure 4.

**IT IS FURTHER ORDERED** that the defendants' Motion to Dismiss (R. Doc. 15) is granted, dismissing all claims against defendants Lavespere, Falgout, and LeBlanc with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to the exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 6, 2018</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**